**Fill in this information to identify the case:**

Debtor 1  Sandra Felty

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Alabama

Case number  19-80061

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:  2  6  1  8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 1/21/2019 - Plan Review | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 3/18/2019 - Proof of Claim | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 __Sandra Felty_____  Case number (*if known*) __19-80061_____
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Kent D McPhail_____   Date __06/24/2019_____
   Signature

Print:   __Kent D. McPhail_____   Title __Attorney_____
         First Name   Middle Name   Last Name

Company  __Kent McPhail & Associates, LLC._____

Address  __P O Box 870_____
         Number   Street
         __Mobile_____ AL ___36601____
         City                         State   ZIP Code

Contact phone __251-438-2333_____   Email __kent@kmcphail.law_____

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
DECATUR DIVISION

IN RE:

SANDRA FELTY                                        CASE NO. 19-80061-CRJ-13
                                                    CHAPTER- 13
    Debtors.

CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have on this the  24th  day of June, 2019, served a true and correct copy of the NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES by serving the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
Sandra Felty
30176 Veto Road
Elkmont, AL 35620
DEBTOR

ECF FILING NOTIFICATION
Melissa W Larsen
ATTORNEY FOR DEBTOR
Mwlarsen67@gmail.com

ECF FILING NOTIFICATION
Michele T Hatcher
TRUSTEE
ecf@ch13decatur.com


    /s/ KENT D. MCPHAIL
    KENT D. MCPHAIL